*Messrs. Henry I. Quinn* and *Austin F. Canfield* for petitioner. No appearance for respondent.

No. 723. PACIFIC AIR TRANSPORT *v.* FARLEY. April 1, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. William J. Donovan* and *Henry Herrick Bond* for petitioner. *Solicitor General Biggs* and *Messrs. Carl L. Ristine, W. Marvin Smith,* and *Lee A. Jackson* for respondent.

No. 724. MISSOURI PACIFIC R. Co. *v.* PIPKIN. April 1, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Edward J. White, Thomas B. Pryor,* and *Harry L. Ponder* for petitioner. *Mr. Wm. R. Donham* for respondent.

No. 725. SWEENEY, ADMINISTRATRIX, *v.* BOSTON & MAINE RAILROAD. April 1, 1935. Petition for writ of certiorari to the Supreme Court of New Hampshire denied. *Mr. Robert W. Upton* for petitioner. *Mr. George H. Warren* for respondent.

No. 727. GROSSMAN ET AL. *v.* HUDSPETH COUNTY CONSERVATION & RECLAMATION DISTRICT No. 1 ET AL. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Del W. Harrington* for petitioners. *Mr. W. H. Burges* for respondents.